**Order filed March 8, 2022.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-22-00006-CV

———————

## IN THE INTEREST OF L.S.S., A/K/A L.S.G., A CHILD

---

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2020-00921J**

---

### ORDER

This is an accelerated appeal from a judgment in a parental termination appeal. After appellant was granted an extension, appellant's brief was due **March 7, 2022**.[1] No brief has been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed.

---

[1] Appellant has filed a motion requesting this appeal be abated on the basis that a new trial was granted. As of this date, our record has not been supplemented with a copy of that order. Accordingly, we enter this order.

1

*See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule requires greater compliance with briefing deadlines.

Therefore, we order appellant's appointed counsel, Donald M. Crane, to file appellant's brief no later than **March 22, 2022**. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.

PER CURIAM

Panel Consists of Justices Wise, Poissant, and Wilson.